**People of the State of Illinois, Plaintiff-Appellee, v. Herbert L. Wright, et al., Defendants-Appellants.**

**Gen. No. 50,415.** 

First District, Third Division.

September 29, 1966.

Richard L. Mandel and Wexman, Mandel and Kipnis, of Chicago (Ronald L. Barnard, of counsel), for appellants; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Albert J. Armonda, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE SCHWARTZ. **Not to be published in full.**